

1  DAVID R. ONGARO, State Bar No. 154698
   DAVID R. BURTT, State Bar No. 201220
2  JONMI N. KOO, State Bar No. 233136
   PERKINS COIE LLP
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5
6  Attorneys for Defendant
   STARBUCKS CORPORATION
7

ORIGINAL
FILED

07 JUL -9 PM 3:40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  EMILEE CASS,                            Case No. C 07 03549 PVT

13         Plaintiff,                       **CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS**
14     v.
                                            (N.D. Cal. Local Rule 3-16)
15
    STARBUCKS CORPORATION, a Washington
16  corporation; and DOES 1 to 50, inclusive,

17         Defendant.

18

19  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

20         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

21  named parties, there is no such interest to report.

22

23  DATED: July 9, 2007              **PERKINS COIE LLP**

24
                                     By: /s/ David R. Burtt
25                                       _____
                                         David R. Burtt
26
                                     Attorneys for Defendant
27                                   STARBUCKS CORPORATION

28  18177-0185/LEGAL13371274.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.