1  DAVID R. ONGARO, State Bar No. 154698
   DAVID R. BURTT, State Bar No. 201220
2  JONMI N. KOO, State Bar No. 233136
   PERKINS COIE LLP
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
4  Telephone:  (415) 344-7000
   Facsimile:  (415) 344-7050
5

6  Attorneys for Defendant
   STARBUCKS CORPORATION
7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  EMILEE CASS,                          Case No.  C07 03549 PVT

14              Plaintiff,                **CERTIFICATE OF SERVICE OF
                                          NOTICE TO ADVERSE PARTY OF
15       v.                               REMOVAL TO FEDERAL COURT**

16
    STARBUCKS CORPORATION, a Washington
17  corporation, and DOES 1 to 50, inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL
Case No. C07 03549 PVT

Michele Covington certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111, which is located in the city, county and state where the mailing described below took place. I am personally familiar with the business practice of Perkins Coie LLP. On July 10, 2007, I served a copy of the **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** dated July 10, 2007, a copy of which is attached to this Certificate as Exhibit A, on the following parties:

Gerald A. Emanuel
Amy Carlson
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

*Attorney for Plaintiffs*

\_\_\_\_\_ (By Overnight Courier)  I caused each envelope, with postage fully prepaid, to be sent by _____.

\_\_X\_\_ (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

\_\_\_\_\_ (By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

\_\_\_\_\_ (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED:  July 10, 2007

_____
Michele Covington

18177-0185/LEGAL13371225.1

NOTICE OF REMOVAL
Case No. C07 03549 PVT