1  DAVID R. ONGARO, State Bar No. 154698
   DAVID R. BURTT, State Bar No. 201220
2  JONMI N. KOO, State Bar No. 233136
   PERKINS COIE LLP
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
4  Telephone: (415) 344-7000
5  Facsimile: (415) 344-7050

6  Attorneys for Defendant
   STARBUCKS CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | EMILEE CASS,                              | Case No. C07 03549 PVT
13 |         Plaintiff,                        | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 |     v.                                    |
15 |                                           |
   | STARBUCKS CORPORATION, a Washington       |
16 | corporation, and DOES 1 to 50, inclusive, |
17 |         Defendants.                       |

18

19        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20        The Undersigned party hereby declines to consent to the assignment of this case to a

21 United States Magistrate Judge for trial and disposition and hereby requests the reassignment

22 of this case to a United States District Judge.

23

24 DATED: July 31, 2007              **PERKINS COIE LLP**

25
                                     By: _____/s/_____
26                                          David R. Burtt

27                                   Attorneys for Defendant
                                     STARBUCKS CORPORATION
28 18177-0185/LEGAL13438531.1