UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


EMILEE CASS

Case No. C 07-03549 JW

                    Plaintiff(s),

ADR CERTIFICATION BY PARTIES
AND COUNSEL

            v.

STARBUCKS CORPORATION

                    Defendant(s).
_____/


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 9/25/2007                                                    Kimberley S. Kemper
                                                                            [Party]


Dated: 9/25/2007                                                    David R. Burtt
                                                                            [Counsel]