

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Emilee Cass
1260 N Bascom Ave
Apt. #5
San Jose CA 95128

HJP&E

Hinkle, Jachimowicz, Pointer & Emanuel

ATTORNEYS AT LAW

2007 West Hedding Street, Suite 100
San Jose, California 95128

EMILEE CASS
1260 N. BASCOM AVE.
APT. #5
SAN JOSE, (

NIXIE 951 CE 1 75 12/20/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95128142825 *2756-02826-14-41

95128+1246 COO

95128@1428