1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
3  San Jose, California 95128
   Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
4

5  Attorneys for Plaintiff
   EMILEE CASS

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

               SAN JOSE DIVISION
10

11 EMILEE CASS,                        ) No. C-07-03549 JW
                                       )
         Plaintiff,                    )
12                                     )
   vs.                                 ) **[PROPOSED] ORDER GRANTING**
                                       ) **HJP&E'S MOTION TO WITHDRAW**
13 STARBUCKS CORPORATION a             ) **AS COUNSEL FOR PLAINTIFF**
   Washington corporation, and DOES 1  ) **EMILEE CASS**
14 to 50,                              )
                                       )
15       Defendants.                   ) (Civil L.R. 11-5)
                                       )
                                       ) Date:  5/5/08
16                                     ) Time:  9:00 a.m.
                                         Courtroom:
17                                       Judge James Ware

18

19

20

21

                                      1
22 _____

   [PROPOSED] ORDER GRANTING HJP&E'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF EMILEE
                                     CASS

The motion by Hinkle, Jachimowicz, Pointer & Emanuel, counsel for Plaintiff Emilee Cass to withdraw as counsel for Emilee Cass pursuant to Local Rule 11-5 came on regularly for hearing in this Court on _____.

The Court having reviewed and considered the papers filed, and having heard the argument of counsel, and for good cause showing,

IT IS HEREBY ORDERED that HJP&E's motion to withdraw as counsel for Emilee Cass is GRANTED.

IT IS FURTHER ORDERED that HJP&E shall serve Emilee Cass with a copy of the Court's decision by certified mail, and file a proof of such service on Emilee Cass with the Court.

Dated: _____

_____
JAMES WARE
United States District Court Judge