1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
3  San Jose, California 95128
   Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
4

5  Attorneys for Plaintiff
   EMILEE CASS

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION
10

11 EMILEE CASS,                        )  No. C-07-03549 JW
           Plaintiff,                  )
12 vs.                                 )  **Proof of Service**
                                       )
13 STARBUCKS CORPORATION, a            )
   Washington Corporation, and DOES 1- )
14 50,                                 )
           Defendants.                 )
15 _____ )
                                       )
16                                     )

17

18 ///

19 ///

20 ///

21 ///

22 ///

                                    1
_____
                              Proof of Service

**PROOF OF SERVICE**
Emilee Cass v. , et al.
San Jose U.S. Northern District Court Case No. C07 03549 JW

I declare that:

I am employed within the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 2007 West Hedding Street, #100, San Jose, California 95128.  On the date set forth below, I served the:

**1.     ORDER GRANTING HJP&E'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF EMILEE CASS**

on the interested parties in said cause:

Emilee Cass
1260 N Bascom Ave Apt. #5
San Jose, CA 95128

     **/ X /**  **(BY MAIL)**  I placed each sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at San Jose, California, following ordinary business practices.

     **/  /**  **(BY PERSONAL SERVICE)**  I caused each such envelope to be delivered by hand to addressee(s) noted above.

     **/  /**  **(BY FACSIMILE)**  I caused the said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

     **/  /**  **(BY EXPRESS CARRIER)**  I caused by depositing in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver of the express service carrier, in an envelope or packaged designated by the express service carrier with delivery fees fully provided for to addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that the declaration was executed on _____ at San Jose, California.

_____
**MARLYNE MACK**