DAVID R. ONGARO, State Bar No. 154698
  dongaro@perkinscoie.com
DAVID R. BURTT, State Bar No. 201220
  dburtt@perkinscoie.com
JONMI N. KOO, State Bar No. 233136
  jkoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
STARBUCKS CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILEE CASS, | Case No. C07 03549 JW |
| Plaintiff, | **DEFENDANT'S REQUEST TO CONTINUE DEADLINES IN SCHEDULING ORDER AND FOR ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation, and DOES 1 to 50, inclusive, | |
| Defendants. | |

On April 22, 2008, this Court granted Hinkle, Jachimowicz, Pointer & Emanuel's motion to withdraw as counsel for Plaintiff Emilee Cass ("Plaintiff") and ordered Plaintiff to file a Notice of Intent to Self-Represent or Notice of Identification of Substitute Counsel by May 22, 2008. To date, Plaintiff has not filed any such notice, nor has she contacted Defendant Starbucks Corporation to discuss the Joint Case Management Statement the Court has ordered the parties to file by June 6, 2008. Additionally, on October 11, 2007, this Court issued a Scheduling Order setting forth, amongst other things, deadlines relating to discovery, pre-trial disclosure, and dispositive motions. Those deadlines are fast approaching. In particular, although Starbucks has not received a single response to its discovery requests, according to the Court's Scheduling

1  Order, the parties are to lodge with the Court their written expert reports by today's date. Because
2  Starbucks cannot provide any expert disclosures or written reports unless and until it has an
3  opportunity to conduct fact discovery in this case, Starbucks will be severely prejudiced if it is
4  required to comply with the deadlines set forth in the Scheduling Order. Therefore, Starbucks
5  respectfully requests that the Court continue the deadlines as set forth in its Scheduling Order for
6  at least 120 days and allow Defendant to file a Case Management Statement separately.

7      Furthermore, Hinkle, Jachimowicz, Pointer & Emanuel's motion to withdraw and the
8  Declaration of Amy Carlson reveal that Plaintiff has neglected the prosecution of this action.
9  Therefore, Starbucks respectfully requests that this Court set a date for an Order to Show Cause
10 why this action should not be dismissed.

12 DATED: June 2, 2008          **PERKINS COIE LLP**

14                              By:  _____/s/_____
                                     Jonmi N. Koo

15                              Attorneys for Defendant
                                STARBUCKS CORPORATION

17 18177-0185/LEGAL14332909.1

- 2 -
DEFENDANT'S REQUEST TO CONTINUE SCHEDULING ORDER AND FOR OSC
Case No. C07 03549 JW

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 2, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT'S REQUEST TO CONTINUE DEADLINES IN SCHEDULING ORDER AND FOR ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

in a sealed envelope, postage fully paid, addressed as follows:

Emilee Cass                           Plaintiff
1260 N. Bascom Ave., Apt. #5
San Jose, CA   95128

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 2, 2008, at San Francisco, California.

*/s/ Sheila M. Merrill*
Sheila M. Merrill

18177-0185/LEGAL14334758.1