**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***

<u>CIVIL MINUTES</u>

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 16, 2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-07-03549 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

<u>TITLE</u>

**Emilee Cass v. Starbucks Corporation et al**

**Attorney(s) for Plaintiff(s)**: No appearances made by or on behalf of
**Attorney(s) for Defendant(s)**: Jonmi Nai On Koo

<u>PROCEEDINGS</u>

Case Management Conference

<u>**ORDER AFTER HEARING**</u>

Case Management Conference held off the record in chambers. No appearance made by or on behalf of plaintiff. The Court to issue an Order to Show Cause re Dismissal.


*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: