**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN JOSE DIVISION

10  Emilee Cass,                                    NO. C 07-03549 JW

11          Plaintiff,                              **ORDER TO SHOW CAUSE RE:**
   v.                                               **DISMISSAL**

12

13  Starbucks Corporation,

14          Defendant.
   _____/

15      On June 16, 2008, the Court conducted a Case Management Conference.  Counsel for

16  Defendant was present.  There was no appearance by Plaintiff or any counsel on Plaintiff's behalf.

17  Prior to this Conference, the Court had granted Plaintiff's counsel's motion to withdraw as counsel

18  of record.  (See Docket Item No. 16.)  The Order provided that Plaintiff shall file notice of either (1)

19  substitution of counsel or (2) self-representation on or before May 22, 2008.  (Id.)  To date, Plaintiff

20  has failed to filed any such notice.

21      The Court hereby orders Plaintiff Emilee Cass to appear in Courtroom No. 8, 4th Floor,

22  United States District Court, 280 South First Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** to

23  show cause, if any, by actual appearance in Court, and by certification filed with the Court at least

24  ten (10) days prior to appearance date, why this case should not be dismissed for (1) failure to file

25  notice of self-representation or substitution of counsel and (2) failure to attend the June 16, 2008

26  Case Management Conference or otherwise communicate with the Court.  The certificate shall set

27  forth in factual summary the reason no appearances have been made and what steps Plaintiff is

28  taking to pursue or defend the action, its present status and the expected future course of the case.

1    If Plaintiff fails to file the certification, the **July 7, 2008** hearing will be vacated

2 automatically and the case will be dismissed for lack of prosecution pursuant to Rule 41(b) of the

3 Federal Rules of Civil Procedure.

4    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

5 this action.

6

7 Dated:  June 17, 2008

JAMES WARE
8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Amy Richelle Carlson acarlson@hinklelaw.com
David R. Burtt dburtt@perkinscoie.com
3 | David Raymond Ongaro dongaro@perkinscoie.com
Gerald A. Emanuel jemanuel@hinklelaw.com
4 | Jonmi Nai On Koo jkoo@perkinscoie.com

5 | Emilee Cass
1260 N. Bascom Ave. Apt. #5
6 | San Jose, CA 95128

7

8 | **Dated:  June 17, 2008**                    **Richard W. Wieking, Clerk**

9

10 |                                                       **By:      /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28