

Emiliee Cass
1260 N. Bascom Ave. Apt. #5
San Jose CA 95

NIXIE          951    DE  1            00  06/21/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95113300897          *2656-03077-18-34

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
2008 JUN 23  P 3:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

D STATES DISTRICT COURT

ERN DISTRICT OF CALIFORNIA

N JOSE DIVISION

NO. C 07-03549 JW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

ted a Case Management Conference. Counsel for

rance by Plaintiff or any counsel on Plaintiff's behalf.

ted Plaintiff's counsel's motion to withdraw as counsel

rder provided that Plaintiff shall file notice of either (1)

tion on or before May 22, 2008. (Id.) To date, Plaintiff

ilee Cass to appear in Courtroom No. 8, 4th Floor,

Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** to

ourt, and by certification filed with the Court at least

iis case should not be dismissed for (1) failure to file

counsel and (2) failure to attend the June 16, 2008

ommunicate with the Court. The certificate shall set

ances have been made and what steps Plaintiff is

...g to pursue or defend the action, its present status and the expected future course of the case.

If Plaintiff fails to file the certification, the **July 7, 2008** hearing will be vacated automatically and the case will be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 17, 2008

JAMES WARE
United States District Judge

2

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Amy Richelle Carlson acarlson@hinklelaw.com
David R. Burtt dburtt@perkinscoie.com
David Raymond Ongaro dongaro@perkinscoie.com
Gerald A. Emanuel jemanuel@hinklelaw.com
Jonmi Nai On Koo jkoo@perkinscoie.com

Emilee Cass
1260 N. Bascom Ave. Apt. #5
San Jose, CA 95128

Dated: June 17, 2008

Richard W. Wieking, Clerk

By: _____/s/ JW Chambers_____
Elizabeth Garcia
Courtroom Deputy