UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   July 7, 2008**  **Court Reporter: Summer Clanton**
**Case No.: C-07-03549 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

TITLE

**Emilee Cass v. Starbucks Corp. et al**

**Attorney(s) for Plaintiff(s)**: No Appearance Made
**Attorney(s) for Defendant(s)**: No Appearance made

PROCEEDINGS

**OSC re Dismissal**

ORDER AFTER HEARING

Hearing Held.  The Court dismissed the case without prejudice.  The Court to issue further order re dismissal.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: